UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACQUELYN MCBOUNDS | * | CIVIL ACTION NO.: |
| VERSUS | * | DISTRICT JUDGE: |
| CHEROKEE INSURANCE COMPANY, JOWIN EXPRESS, INC, AND | * | MAGISTRATE JUDGE: |
| NIGEL KINER | * | **JURY DEMAND** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **NOTICE OF REMOVAL**

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

NOW INTO COURT, through undersigned counsel, come Defendants, Nigel Kiner, Jowin Express, Inc. and Cherokee Insurance Company, (hereinafter collectively referred to as "Defendants") who respectfully aver as follows:

I.

On or about August 8, 2018, Plaintiff, Jacquelyn McBounds, filed a Petition for Damages in the Civil District Court for the Parish of Orleans, State of Louisiana, naming Cherokee Insurance Company, Jowin Express, Inc., and Nigel Kiner as Defendants. That suit bears docket number 2018-7871, was assigned to Division "J", and is captioned "*Jacquelyn McBounds versus Cherokee Insurance Company, Jowin Express, Inc., and Nigel K. Kiner*". A copy of this Petition for Damages is attached hereto as Exhibit "A".

II.

Service of the Petition for Damages was requested upon Nigel Kiner (hereinafter "Kiner") via the Louisiana Long Arm Statute. Upon information and belief, Kiner was served on or about August 15, 2018.

III.

Service of the Petition for Damages was requested upon Cherokee Insurance Company (hereinafter "Cherokee") via the Louisiana Secretary of State. Upon information and belief, Cherokee Insurance Company was served on or about August 20, 2018.

IV.

Service of the Petition for Damages was requested upon Jowin Express, Inc. (hereinafter "Jowin") via the Louisiana Long Arm Statute.  Upon information and belief, Jowin Epxress, Inc., was served on or about August 15, 2018.

V.

It was not facially apparent from the Petition for Damages that the case was removable pursuant to 28 U.S.C. § 1331.  Specifically, it was not facially apparent from the Petition for Damages that the amount of controversy exceeded $75,000.00, as is required for removal under diversity of citizenship, as the Petition was silent, or at best, its allegations were vague and ambiguous, with respect to the amount in controversy. *See* Exhibit "A".  There was no specific allegation as to whether the amount in controversy exceeded $75,000 exclusive of interest and costs, as required by Article 893 of the Louisiana Code of Civil Procedure.

VI.

On August 29, 2018, Defendants propounded Requests for Admission to Plaintiff asking Plaintiff to admit that the amount of damages that she is claiming is in excess of the jurisdictional amount required for federal jurisdiction, that is $75,000.00, exclusive of interest and costs.

VII.

On or about August 29, 2018, Defendants filed a Dilatory Exception of Vagueness, Ambiguity and Non-Conformity of Petition requesting that Plaintiff amend her Petition for Damages to specifically allege whether her claims exceed the requisite amount to invoke the jurisdiction of the federal court.

VIII.

On September 11, 2018, Plaintiff responded to the Requests for Admission stating that the amount in dispute is in excess of $75,000.00. *See* Plaintiff Jacquelyn McBounds's Response to Defendants' Request for Admission, attached hereto as Exhibit "B".

IX.

This removal is being filed within thirty (30) days of the receipt of Plaintiff's Response to Requests for Admission, which was the first paper from which it could be ascertained that the case was removable, and is therefore timely.

X.

Plaintiff, Jacquelyn McBounds, is a citizen of the State of Louisiana. *See* Exhibit "A".

XI.

Defendant Nigel Kiner is a citizen of the State of Mississippi. See Exhibit "A".

XII.

Defendant, Jowin Express, Inc., is a foreign corporation organized and existing under the laws of the State of Mississippi and maintaining its principal place of business in the State of Mississippi. See the Business Entity Detail from the Mississippi Secretary of State's Website, attached hereto as Exhibit "C."

XIII.

Cherokee Insurance Company is a foreign insurance company organized and existing under the laws of the State of Michigan and maintaining its principal place of business in the State of Michigan. See the Details for Cherokee Insurance Company from the Louisiana Department of Insurance website, attached hereto as Exhibit "D".

XIV.

Accordingly, there is complete diversity of citizenship between the Plaintiff and all Defendants. At this time, Plaintiff has not named any other defendants.

XV.

In accordance with the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441, in that, it is a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and is between citizens of different states.

XVI.

In accordance with 28 U.S.C. § 1446(d), Defendants will provide appropriate notice of this Removal to the Parties and to the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana.

## JURY DEMAND

Defendants are hereby entitled to and request a trial by jury on all issues herein.

WHEREFORE, Defendants, Cherokee Insurance Company, Jowin Express, Inc., and Nigel Kiner pray that the action entitled bears "*Jacquelyn McBounds versus Cherokee Insurance Company, Jowin Express, Inc., and Nigel K. Kiner*" bearing docket number 2018-7871 and assigned to Division "J" of the Civil District Court for the Parish of Orleans, State of Louisiana, be removed from that state court docket to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted:

*/s/Gerard J. Dragna*
**GERARD J. DRAGNA, #23042**
**C. MICHAEL PARKS, #19727**
**ERIC WINDER SELLA, #33474**
**J. EDWARD McAULIFFE, III, #33969**
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Tel: (504) 595-3000; Fax: (504) 522-2121
Email: gdragna@mblb.com
Email: mparks@mblb.com
Email: esella@mblb.com
Email: emcauliffe@mblb.com
*Attorneys for Cherokee Insurance Company, Jowin Express, Inc., and Nigel Kiner*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 27th day of September, 2018, at their last known address of record.

                                                */s/Gerard J. Dragna*
                                                **GERARD J. DRAGNA**

h:\1199\18470- mcbounds\pleadings\removal pleadings\notice of removal - fedct.docx