

7017 2680 0000 9951 8694



Chip Forstall
LAW OFFICES

320 N. Carrollton Ave. • Suite 200
NEW ORLEANS, LA 70119

CERTIFIED MAIL/RETURN RECEIPT REQUESTED

Jowin Express, Inc.
Through the Louisiana Long Arm Statute,
registered agent for service:
J. Stephen Kennedy
100 Vision Drive, Suite 400
Jackson, MS 39211

5747



**ATTORNEYS**
Warren A. Forstall, Jr.
Rhett M. Powers
M. Suzanne Montero
Christopher H. Sherwood
Lillie E. Joyce
Linda S. Harang

**OF COUNSEL**
William E. Mura, Jr.

August 13, 2018

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Jowin Express, Inc.
Through the Louisiana Long Arm Statute, registered agent for service:
J. Stephen Kennedy
100 Vision Drive, Suite 400
Jackson, MS 39211

    Re:    <u>Jacquelyn McBounds v. Cherokee Insurance Co., et al.</u>
              Civil District Court No. 2018-07871, Division "J-15"

Dear Mr. Kennedy:

    Enclosed please find a Citation and Petition in regard to the above captioned lawsuit. This service is being made on you in accordance with the Louisiana Long Arm Statute. Please be advised that you have thirty (30) days after service of this Citation and Petition, to file your answer.

    Please call me at the above address upon receipt of this letter if you have any questions.

                            Very truly yours,

                            Christopher H. Sherwood

CHS/np
Enclosures

Law Offices of WARREN A. "CHIP" FORSTALL, JR. L.L.C.
320 N. Carrollton Avenue – Suite 200 • New Orleans, Louisiana 70119-5111
Telephone (504) 483-3400 • Facsimile (504) 483-3447

ATTORNEY'S NAME: Sherwood, Christopher H 27642
AND ADDRESS: 320 N Carrollton Avenue, Suite 200, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2018-07871      DIVISION: J      SECTION: 15

### MCBOUNDS, JACQUELYN

### Versus

### CHEROKEE INSURANCE COMPANY ET AL

### CITATION - LONG ARM

TO: JOWIN EXPRESS, INC.

THROUGH: THE LOUISIANA LONG ARM STATUTE REGISTERED AGENT FOR SERVICE OF PROCESS: KENNEDY, J. STEPHEN
100 VISION DRIVE, SUITE 400, JACKSON, MS 39211

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 8, 2018

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Don'Dre Spiller, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within | On this ____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON JOWIN EXPRESS, INC. | ON JOWIN EXPRESS, INC. |
| THROUGH: THE LOUISIANA LONG ARM STATUTE REGISTERED AGENT FOR SERVICE OF PROCESS: KENNEDY, J. STEPHEN | THROUGH: THE LOUISIANA LONG ARM STATUTE REGISTERED AGENT FOR SERVICE OF PROCESS: KENNEDY, J. STEPHEN |
| Returned the same day No. ____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said JOWIN EXPRESS, INC. being absent from the domicile at time of said service. |
| Deputy Sheriff of ____ | |
| Mileage: $ ____ | Returned the same day No. ____ |
| / ENTERED / | Deputy Sheriff of ____ |
| PAPER     RETURN | |
| /        / | |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 9986667                              Page 1 of 1

ATTORNEY'S NAME: Sherwood, Christopher H 27642
AND ADDRESS: 320 N Carrollton Avenue, Suite 200, New Orleans, LA 70119

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2018-07871　　　DIVISION: J　　　SECTION: 15

### MCBOUNDS, JACQUELYN

Versus

### CHEROKEE INSURANCE COMPANY ET AL

### CITATION - LONG ARM

TO: JOWIN EXPRESS, INC.
THROUGH: THE LOUISIANA LONG ARM STATUTE REGISTERED AGENT FOR SERVICE OF PROCESS: KENNEDY, J. STEPHEN
100 VISION DRIVE, SUITE 400, JACKSON, MS 39211

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 8, 2018

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
by _____
**Don'Dre Spiller, Deputy Clerk**

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ____ day of _____ served a copy of the within | On this ____ day of _____ served a copy of the within |
| Petition for Damages | Petition for Damages |
| ON JOWIN EXPRESS, INC. | ON JOWIN EXPRESS, INC. |
| THROUGH: THE LOUISIANA LONG ARM STATUTE REGISTERED AGENT FOR SERVICE OF PROCESS: KENNEDY, J. STEPHEN | THROUGH: THE LOUISIANA LONG ARM STATUTE REGISTERED AGENT FOR SERVICE OF PROCESS: KENNEDY, J. STEPHEN |
| Returned the same day ____ No. ____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said JOWIN EXPRESS, INC. being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ ____ | Returned the same day |
| / ENTERED / | ____ No. ____ |
| PAPER  RETURN | Deputy Sheriff of _____ |
| / / | |
| SERIAL NO.  DEPUTY  PARISH | |

ID: 9986667　　　Page 1 of 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 18-7871                                                                                    DIVISION

JACQUELYN MCBOUNDS

VERSUS

CHEROKEE INSURANCE COMPANY, JOWIN, INC.,
AND NIGEL K. KINER

FILED: _____     _____
                                                              DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of JACQUELYN MCBOUNDS, a person of the full age of majority and domiciled in the Parish of St. Tammany, State of Louisiana, who avers as follows:

1.

The defendants in this matter are: CHEROKEE INSURANCE COMPANY, a foreign insurer authorized to do and doing business in this Parish and State; JOWIN EXPRESS, INC., a foreign corporation authorized to do and doing business in this Parish and State; and NIGEL K. KINER, a person of the full age of majority and domiciled in the County of Madison, State of Mississippi; who are all liable to the petitioner for reasonable damages for the following reasons to-wit:

2.

On or about November 28, 2017, the petitioner, JACQUELYN MCBOUNDS, was driving on I-10 West Bound near the Chef Menteur Highway exit in the Parish of Orleans, State of Louisiana. A vehicle owned by the defendant, JOWIN EXPRESS, INC., and driven by the defendant, NIGEL K. KINER, rear-ended your petitioner's vehicle, causing injuries and damages to your petitioner.

3.

Pursuant to Louisiana Code of Civil Procedure article 893, the petitioner states that her individual damages exceed the specific amount of damages necessary to establish the right to a jury trial.

The petitioner, however, reserves her right to supplement and/or amend this paragraph of her Petition, as the nature and/or extent of her injuries and resultant damages may change.

Page -1-

4.

At all relevant times, the defendant, CHEROKEE INSURANCE COMPANY, was the automobile liability insurer for the defendants, NIGEL K. KINER and JOWIN EXPRESS, INC., under a policy of insurance issued to JOWIN EXPRESS, INC.

5.

At the time of the collision, the defendant driver, NIGEL K. KINER, was employed by and acting within the course and scope of his employ with defendant, JOWIN EXPRESS, INC., and as such the defendant, JOWIN EXPRESS, INC., is vicariously liable for the acts and/or omissions of negligence of defendant driver NIGEL K. KINER.

6.

At all times relevant here to, the defendant, JOWIN EXPRESS, INC., failed to adequately train, educate, monitor, supervise and instruct its drivers and operators including the defendant, NIGEL K. KINER, in the appropriate, safe and proper means of operating its vehicles and looking out for others on the roadway, including the petitioner, JACQUELYN MCBOUNDS, as well as failed to insure proper credentials, skill and abilities of its drivers, including the defendant, NIGEL K. KINER.

7.

As a result of the collision, the petitioner, JACQUELYN MCBOUNDS, was caused personal injuries, including but not limited to, injuries to her back, neck, and left knee.

8.

The above-described crash and ensuing injuries to the petitioner were caused by no fault of her own, but were caused by the negligence of the defendant, NIGEL K. KINER, in the following, but not necessarily exclusive, acts of negligence:

    A.    Failure of the defendant driver to maintain proper control of the vehicle;

    B.    Failure of the defendant driver to maintain a proper lookout;

    C.    Failure of the defendant driver to avoid striking another vehicle;

    D.    Driving in a careless and reckless manner;

    E.    Failure of the defendant driver to use reasonable vigilance;

    F.    Following too close;

    G.    Failure of the defendant driver to obey the traffic laws of the Parish of Orleans, State

of Louisiana, which are pleaded herein by reference; and

H.  Any and all other acts of negligence that may be proved at trial.

9.

The petitioner, JACQUELYN MCBOUNDS, itemizes her damages as follows:

A.  Past, present, and future physical pain and suffering;

B.  Past, present, and future mental anguish;

C.  Past, present, and future medical expenses;

D.  Loss of enjoyment of life;

E.  Property damage and/or property damage deductible;

F.  Any and all other damages that may be proved at the trial of these matters.

10.

The petitioner requests service of citation on the named defendants.

11.

The petitioner avers amicable demand without avail.

WHEREFORE, the petitioner prays that the defendants, CHEROKEE INSURANCE COMPANY, JOWIN EXPRESS, INC., and NIGEL K. KINER, be duly served at the designated time, and cited to appear and answer this Petition, all as provided by law; that after all legal delays and proceedings are had, there be judgment jointly, severally, and *in solido* against the defendants, CHEROKEE INSURANCE COMPANY, JOWIN EXPRESS, INC., and NIGEL K. KINER, and in favor of the petitioner for reasonable damages, with legal interest from the date of judicial demand until paid, and for all costs of these proceedings, along with such other relief as law, equity, and the nature of this case may require.

Respectfully submitted:

CHRISTOPHER H. SHERWOOD (#27642)
WARREN A. FORSTALL, JR. (# 5717)
LAW OFFICES OF WARREN A. FORSTALL, JR., LLC
320 N. Carrollton Avenue, Suite 200
New Orleans, LA 70119
Telephone:  (504) 483-3400
Facsimile:  (504) 483-3447
Email:  csherwood@chipforstall.com
Attorneys for petitioner, Jacquelyn McBounds

*** PLEASE SEE NEXT PAGE FOR SERVICE INFORMATION ***

Page -3-

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**PLEASE SERVE:**

1. Cherokee Insurance Company
   through registered agent service of process:
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

2. Jowin Express, Inc.                            Via Louisiana Long Arm Statute
   through registered agent for service of process:
   Kennedy, J Stephen
   100 Vision Drive, Suite 400
   Jackson, MS 39211

3. Nigel K. Kiner                                 Via Louisiana Long Arm Statute
   4054 Hwy 43 N
   Canton, MS 39046

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

FILED
2018 AUG -8  A 11: 31

NO. _____                                    DIVISION _____

JACQUELYN MCBOUNDS

VERSUS

CHEROKEE INSURANCE COMPANY, JOWIN EXPRESS, INC., AND NIGEL K. KINER

FILED: _____     _____
                                                                DEPUTY CLERK

### REQUEST FOR NOTICE

PLEASE TAKE NOTICE that undersigned counsel for the petitioner, JACQUELYN MCBOUNDS, request written notice of the date set for trial of the above-numbered and entitled cause, as well as notice of all hearings, (whether on the merits or otherwise), orders, judgments, and/or interlocutory decrees, and any and all formal steps taken by the parties herein, the Judge, or any member of the Court or Clerk of Court's office, as provided in the Louisiana Code of Civil Procedure articles 1572, 1913, and 1914.

Respectfully submitted:

_____
CHRISTOPHER H. SHERWOOD (#27642)
WARREN A. FORSTALL, JR. (# 5717)
LAW OFFICES OF WARREN A. FORSTALL, JR., LLC
320 N. Carrollton Avenue, Suite 200
New Orleans, LA  70119
Telephone:   (504)  483-3400
Facsimile:    (504)  483-3447
Email:          csherwood@chipforstall.com
Attorneys for the petitioner, Jacquelyn McBounds